LELAND Y. ROBINSON, Plaintiff, *v.* ANTONIA K. ZAK, as Executor of JOHANNA REMLING, Deceased, and LONG ISLAND STATE BANK AND TRUST COMPANY, as Executor of JOHANNA REMLING, Deceased, et al., Respondents.

(Argued May 22, 1933; decided May 24, 1933.)

*Guy O. Walser* for motion.

*J. Harry Saxstien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.